IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES D. HARVEY, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL NO. 3:20-CV-1657-E-BK |
| § | |
| § | |
| WATERFALL VICTORIA GRANTOR § | |
| TRUST II SERIES G, § | |
| DEFENDANT. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's *Motion for Summary Judgment* is **GRANTED** and Defendant's *Motion to Dismiss* is **TERMINATED AS MOOT**.

SIGNED this 19th day of July, 2021.

ADA BROWN
UNITED STATES DISTRICT JUDGE